Re: Texas
v.
Ernesto Benavides Jr.
Case No. 2013-DCR-0654-A

WR-82,033-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 11 2015
Abel Acosta, Clerk

Dear Clerk:

Please file this and present to the Honorable Court.

Please return any notice or ruling to the Petitioner Below.

Your Assistance is appreciated.

Respectfully,

x _Ernesto Benavides Jr._

Ernesto Benavides Jr.

# 1910185

Dominguez State Jail
6535 Cagnon Rd
San Antonio Tx 78752

# In The Court of Criminal Appeals of Texas

## Petition for Discretionary Review

To The Honorable Judge:

Comes Now, Ernesto Benavides Jr.. The Defendant in Case No. 2013-DCR-0654 in the 107th Judicial District in Cameron County, Texas.

The Defendant is requesting the Honorable Court of Criminal Appeals to Conduct a discretionary review of his case and raises the following grounds of Errors.

## I

A.) The Defendant claims that the Prosecution erred by witholding evidence that would establish his innocence.

B) The Defendant informed the arresting agent at the scene of the arrest (outside his child's mother's residence) that he was not living at his Child's Mother's residence do to Marital Problems (and could not give consent).

C.) The Defendant also informed the court, at his motion to Suppress hearing, that he was not living at the residence.

D) Earlier, on the day the Defendant was arrested, Josue Aron Lopez, who was dating the Defendant's Child's Mother, was arrested by by the same arresting agent. Josue Aron Lopez had access to the residence where the evidence was found. The next day when the Defendant went before Maiistrate court, The maiistrate judge, Rene DeCoss, Called Josue Aron Lopez, but a bailiff informed the judge he had been released. Josue Aron Lopez is infamous for this type of crime in Brownsville.

E.) The Defendant only accepted the guilty Plea rather than gamble on a greater Sentence in the event a mistaken verdict was returned.

F.) The Defendant filed an affidavit a year After the Plea claiming responsibility in an effort to have his child's Mother's charges

dismissed. The Defendant firmly believes his child's Mother is also innocent since they had been out of the residence all day buying groceries and paying bills and she was not aware of the evidence found either.

G.) The Defendant alleges his affidavit is a fruit impelled by an illegal conviction since Prosecution witheld evidence of Josue Aaron Lopez's arrest i since the arresting agency coerced confessions and consent i and since the State never satisfied the burden of Proof required that the confessions and consent were voluntary i and since the main reason for these Provisions is to avoid innocent people to be charged at will. Therefore the affidavit should be barred from Harming the Defendant in further Proceedings.

H.) Since the State never satisfied the burden of Proof required to satisfy voluntary confession and consent, the Defendant alleges his Motion to Suppress was denied in Violation of Due Process of the Law. A mere claim of voluntariness by the arresting agent does not satisfy this burden. video and Audio from the scene will determine otherwise.

I.) The arresting agent gave testimony at the suppression hearing and witheld information that Josue Aaron Lopez was arrested in connection with the evidence and in Possession of similar evidence and that the Defendant was not in Possession of evidence during the traffic stop and that the Defendant had no affirmative link other than the coerced consent and confessions. Therefore, the Defendant alleges that the arresting agent who gave testimony violated Due Process of The Law in an effort to secure an illegal conviction.

## II
## Conclusion:

The Petitioner Prays the Honorable Court Intervenes and reviews his case thereafter makes findings consistant with his allegations and reverse his conviction discharging him of his sentence.

Respectfully,
Ernesto Bernards Jr.